M.D. Appeal Dkt.
3 MAP 2020

# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WALLACE MCKELVEY AND PENNLIVE AND THE PATRIOT-NEWS

        v.

PENNSYLVANIA DEPARTMENT OF HEALTH,
AND MISSION PENNSYLVANIA, LLC,
KW VENTURES HOLDING, LLC,
CRESCO YELTRAH, LLC, SMPD MANUFACTURING, LLC/SMPB RETAIL, LLC AND TERRAPIN INVESTMENT FUND, 1, LLC (Direct Interest Participants)

PETITION OF:  TERRAPIN INVESTMENT FUND 1, LLC

: No. 393 MAL 2019
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of January, 2020, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, as stated by Petitioner, is:

> In considering whether financial information submitted in a medical marijuana application was "confidential and proprietary," whether the Commonwealth Court erred in disregarding substantial evidence of "competitive harm" and of the significant security issues associated with disclosure of financial information in a unique cash-based business.